# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:13-CR-18-TAV-CCS-3 |
| CHRISTY TAMARO HINES | ) | USM No. _____ |
| | ) | |

Date of Previous Judgment: __July 1, 2015_____     Defendant's Attorney: Pro se

## ORDER FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government ☐ the Court for a reduction in the term of imprisonment based on a statutory penalty range that has been subsequently lowered and made retroactive by Section 404 of First Step Act of 2018 (Public Law 115-391, 132 Stat. 5194, 5222), and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.

☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to**_____.

     Defendant moves for a reduction in her sentence [Doc. 189]. However, as the government points out [Doc. 188], defendant was sentenced in 2015 [Doc. 150], after the Fair Sentencing Act's August 3, 2010 effective date. Pub. L. No. 111-220, 124 Stat. 2372 (2010). As a result, the Court lacks the authority to a reduce his sentence under § 404. First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222 (2018) ("No court shall entertain a motion made under this section to reduce a sentence if the sentence was previously imposed or previously reduced in accordance with the amendments made by sections 2 and 3 of the Fair Sentencing Act of 2020"). Defendant's motion [Doc. 189] is therefore **DENIED with prejudice** and her motion to appoint counsel [Doc. 185] is **DENIED as moot**.

All provisions of the judgment dated July 1, 2015 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:     April 15, 2021                      *Thomas A. Varlan*
                                                                       *Judge's Signature*

Effective Date:     _____        Thomas A. Varlan, U.S. District Judge
          *(if different from order date)*                             *Printed name and title*

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Defendant convicted of offense involving _____ grams of cocaine base.

Previous sentencing range: _____ to _____ months.

Sentencing range under Fair Sentencing Act: _____ to _____ months.

**II. CONDITIONS OF SUPERVISED RELEASE:**

☒ Conditions of supervised release set forth in judgment are to remain in effect.

☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. FACTORS CONSIDERED:**

The Court considered the following in exercising its discretion to modify the term of imprisonment: